```
JUSTIN X. WANG (CSB #166183)
BAUGHMAN & WANG
111 Pine Street, Suite 1350
San Francisco, California 94111
Telephone: (415) 576-9923
Facsimile:  (415) 576-9929
Email: Lawbw@aol.com

Attorney for Plaintiffs
Yuzhen OU;
Shiwang YANG;
Huimin YANG
```

**ORIGINAL FILED**
07 JUL 17 PM 1:43
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

E-Filing

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Yuzhen OU; Shiwang YANG; Huimin YANG,  Plaintiffs, vs. MICHAEL CHERTOFF, Secretary of the Department of Homeland Security; CONDOLEEZZA RICE, Secretary of State;  Defendants. | Case No.: C 07 3676 MMC  **PLAINTIFF'S ORIGINAL COMPLAINT FOR WRIT IN THE NATURE OF MANDAMUS** |

Plaintiffs Yuzhen OU, Shiwang YANG and Huimin YANG, by and through their undersigned attorney, sue Defendants and state as follows:

1. This action is brought against the Defendants to compel action on two Form I-730, Refugee Asylee Relative Petition, properly filed by Plaintiff Yuzhen OU on behalf of her husband, Plaintiff Shiwang YANG, and her daughter, Plaintiff Huimin YANG. The applications remain within the jurisdiction of the Defendants, who have improperly withheld action on said applications to Plaintiff's detriment.

### PARTIES

2. Plaintiffs Yuzhen OU, Shiwang YANG and Huimin YANG are natives and citizens of the People's Republic of China. On September 12, 2005, Plaintiff Yuzhen OU filed two Form I-730, or Refugee Asylee Relative Petitions, on behalf of her husband, Plaintiff Shiwang YANG, and her daughter, Plaintiff Huimin YANG. (**Exhibit 1: Approval Notices of I-730**).

---
Case No.:

F:\LING\Mandamus\I-730\OU Yuzhen\Complaints.wpd

3. Defendant Michael Chertoff is the Secretary of the Department of Homeland Security (DHS), and this action is brought against him in his official capacity. He is generally charged with enforcement of the Immigration and Nationality Act, and is further authorized to delegate such powers and authority to subordinate employees of the DHS. 8 U.S.C. §1103(a); 8 C.F.R. § 2.1.

4. Defendant Condoleezza Rice is the Secretary of State, and this action is brought against her in her official capacity. She is generally charged with visa and travel documents issuance under the INA.

## JURISDICTION

5. Jurisdiction in this case is proper under 28 USC §§1331 and 1361, 5 USC §701 *et seq.*, and 28 USC §2201 *et seq.* Relief is requested pursuant to said statutes.

## VENUE

6. Venue is proper in this court, pursuant to 28 USC §1391(e), in that this is an action against officers and agencies of the United States in their official capacities, brought in the District where the Plaintiff Yuzhen OU resides if no real property is involved in the action. Specifically, Plaintiff Yuzhen OU resides in San Francisco, California and no real property is involved in the instant action.

## EXHAUSTION OF REMEDIES

7. Plaintiffs have exhausted their administrative remedies. Plaintiffs have made inquiries concerning the said I-730 Petitions, to no avail.

## CAUSE OF ACTION

8. On March 22, 2006, Plaintiff Yuzhou OU's two Form I-730, or Refugee Asylee Relative Petition, on behalf of Plaintiffs Shiwang YANG and Huimin YANG, were approved by the NSC (**Exhibit 1: Approval Notices of I-730**). As of today's date, Plaintiffs Shiwang YANG and Huimin YANG have not received their travel documents from the Defendants.

9. Defendants have unreasonably delayed in and have refused to adjudicate Plaintiffs' I-730 Petitions for more than 22 months from the date of their filing, thereby depriving them of the right to a decision on the petitions and the peace of mind to which Plaintiffs are entitled.

10.  Plaintiffs have been damaged by the failure of Defendants to act in accord with their duties under the law.

    (a) Plaintiffs have been damaged by simply being deprived of the adjudication of their Form I-730 petitions for more than 22 months since their filing. Plaintiff Yuzhen OU has been unable to reunite in the United States with her husband, Plaintiff Shiwang YANG, and her daughter, Plaintiff Huimin YANG, who still remain in China (**Exhibit 2: Current Address and Phone Number in China**), due to the pendency of the I-730 petitions.

11.  The Defendants, in violation Administrative Procedures Act and Mandamus Act, 5 USC §701 *et seq.* are unlawfully withholding or unreasonably delaying action on Plaintiffs' I-730 Petitions and have failed to carry out the adjudicative functions delegated to them by law with regard to Plaintiffs' cases.

## PRAYER

12.  WHEREFORE, in view of the arguments and authority noted herein, Plaintiffs respectfully pray that the Defendants be cited to appear herein and that, upon due consideration, the Court enter an order:

    (a) requiring the defendants to complete the processing expeditiously without further delay or in accordance with the Court ruling;

    (b) requiring further the defendants to issue travel documents expeditiously without further delay or in accordance with the Court ruling;

    (c) declaring the Plaintiffs as the prevailing party and awarding Plaintiffs reasonable attorney's fees under the Equal Access to Justice Act upon motion; and

    (e) granting such other relief at law and in equity as justice may require.

Dated: July 16, 2007                                              Respectfully submitted,

1
2
3  _____
   Justin X. Wang, Esq.
   Attorney for Plaintiff
4
5
...
28

## CERTIFICATION OF INTERESTED ENTITIES OR PERSON

Pursuant to Civil L.R. 3-16, the undersigned certifies that as of this date, other than the named parties, there is no such interest to report.

Dated: July 16, 2007

Respectfully submitted,

Justin X. Wang, Esq.
Attorney for Plaintiff

Case No.:                                5                    F:\LING\Mandamus\I-730\OU Yuzhen\Complaints.wpd

## LIST OF ATTACHMENTS

| *Exhibit* | *Description* |
|---|---|
| 1 | **Approval Notices of I-730** |
| 2 | **Current Address and Phone Number in China** |

Case No.:

6

F:\LING\Mandamus\I-730\OU Yuzhen\Complaints.wpd

Ex. 1

# THE UNITED STATES OF AMERICA

| RECEIPT NUMBER<br>LIN-05-261-54181 | | CASE TYPE I730<br>REFUGEE ASYLEE RELATIVE PETITION |
|---|---|---|
| RECEIPT DATE<br>September 12, 2005 | PRIORITY DATE | PETITIONER A097 121 885<br>OU, YUZHEN |
| NOTICE DATE<br>March 22, 2006 | PAGE<br>1 of 1 | |

JUSTIN X. WANG
BAUGHMAN & WANG
111 PINE STREET SUITE 1350
SAN FRANCISCO CA 94111

Notice Type: Approval Notice
Class: ASY

Your Refugee/Asylee Relative Petition for the family member(s) listed on this notice has been approved in accordance with Section 208 of the Immigration and Nationality Act, and forwarded to the Department of State National Visa Center, 32 Rochester Ave., Portsmouth, NH 03801. This completes all INS action on this petition.

The Department of State will notify the U.S. Embassy or Consulate abroad having jurisdiction over the area where your relative(s) resides. The consular post will contact your relative(s) regarding procedures to be followed for travel to the United States.

THIS FORM IS NOT A VISA NOR MAY IT BE USED IN PLACE OF A VISA.

Family members:

```
Name              DOB          COB                         Class   A-Number
NONE               / /                                      ASY
YANG, SHIWANG     09/30/1966   CHINA, PEOPLE'S REPUBLIC OF  ASY    A099324653
```

Please see the additional information on the back. You will be notified separately about any other cases you filed.
NEBRASKA SERVICE CENTER
U. S. IMMIG. & NATZ. SERVICE
P.O. BOX 82521
LINCOLN NE 68501-2521
Customer Service Telephone: 800-375-5283



Form I-797 (Rev. 08/31/04) N

# THE UNITED STATES OF AMERICA

| RECEIPT NUMBER<br>LIN-05-261-54186 | | CASE TYPE I730<br>REFUGEE ASYLEE RELATIVE PETITION |
|---|---|---|
| RECEIPT DATE<br>September 12, 2005 | PRIORITY DATE | PETITIONER A097 121 885<br>OU, YUZHEN |
| NOTICE DATE<br>January 4, 2006 | PAGE<br>1 of 1 | |

JUSTIN X. WANG
BAUGHMAN & WANG
111 PINE STREET SUITE 1350
SAN FRANCISCO CA 94111

Notice Type: Approval Notice
Class: ASY

Your Refugee/Asylee Relative Petition for the family member(s) listed on this notice has been approved in accordance with Section 208 of the Immigration and Nationality Act, and forwarded to the Department of State National Visa Center, 32 Rochester Ave., Portsmouth, NH 03801. This completes all INS action on this petition.

The Department of State will notify the U.S. Embassy or Consulate abroad having jurisdiction over the area where your relative(s) resides. The consular post will contact your relative(s) regarding procedures to be followed for travel to the United States.

THIS FORM IS NOT A VISA NOR MAY IT BE USED IN PLACE OF A VISA.

Family members:

| Name | DOB | COB | Class | A-Number |
|---|---|---|---|---|
| NONE | / / | | ASY | |
| YANG, HUIMIN | 12/07/1993 | CHINA, PEOPLE'S REPUBLIC OF | ASY | A099324654 |

Please see the additional information on the back. You will be notified separately about any other cases you filed.
NEBRASKA SERVICE CENTER
U. S. IMMIG. & NATZ. SERVICE
P.O. BOX 82521
LINCOLN NE 68501-2521
Customer Service Telephone: 800-375-5283



Form I-797 (Rev. 01/31/05) N

Ex. 2

Case 3:07-cv-03676-MMC    Document 1    Filed 07/17/2007    Page 10 of 11

Current Address and phone numbers for Plaintiffs Shiwang YANG and Huimin YANG:

Shiwang Yang and Huimin Yang
Building 27 Yi Xing Yuan, Entrance 2, Apt. 502
Pengjiang District
Jiangmen, Guangdong, China
Postal Code: 529000

Tel:    86-1300-588-5908
        86-750-871-7681

中国广东省江门市
蓬江区怡兴苑 27 幢之二 502 房
邮编：**529000**
杨世旺，杨慧敏

电话：86-1300-588-5908
        86-750-871-7681