# PROOF OF SERVICE

I, the undersigned, declare:

That I am an employee of Baughman & Wang and my business address is:

      111 Pine Street, Suite 1350
      San Francisco, CA 94111

That I served the within:

**RE:**   **C07-3676 MMC**

1) SUMMONS IN A CIVIL ACTION;
2) CIVIL COVER SHEET;
3) PLAINTIFF'S ORIGINAL COMPLAINT FOR WRIT IN THE NATURE OF MANDAMUS;
4) ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND DEADLINES; NOTICE OF AVAILABILITY OF MAGISTRATE JUDGE TO EXERCISE JURISDICTION; AND
5) ELECTRONIC CASE FILING REGISTRATION INFORMATION HANDOUT

by placing said documents in an envelope, which was then sealed, with postage fully paid thereon, and was this day addressed as follows:

Alberto Gonzales (By Certified Mail)
Attorney General
U.S. Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC 20530-0001

US Attorneys Office (By Certified Mail)
450 Golden Gate Avenue, Box 36055
San Francisco, CA 94102
Attn: Civil Process Clerk

Office of the General Counsel (By Certified Mail)
U.S. Department of Homeland Security
Washington, DC 20528

Secretary of State (By Certified Mail)
The Executive Office, Office of the Legal Adviser
Room 5519, U.S. Department of State
2201 C Street, NW
Washington, DC 20520-6310

Executed this July 20, 2007, at San Francisco, California.

*/s/ Joanna Lai*
Joanna Lai