SCOTT N. SCHOOLS (SC 9990)
United States Attorney
JOANN M. SWANSON (CSBN 88143)
Chief, Civil Division
MELANIE L. PROCTOR (CSBN 228971)
Melanie.Proctor@usdoj.gov
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-6730
    FAX: (415) 436-6927

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| YUZHEN OU,<br>           Plaintiff,<br>  v.<br>MICHAEL CHERTOFF, Secretary,<br>Department of Homeland Security;<br>CONDOLEEZZA RICE, Secretary,<br>Department of State,<br>           Defendants. | No. C07-3676 MMC<br><br>ADR CERTIFICATION |

      Each of the undersigned certifies that he or she has read either the handbook entitled "Dispute Resolution Procedures in the Northern District of California," or the specified portions of the ADR Unit's Internet site <www.adr.cand.uscourts.gov>, discussed the available dispute resolution options provided by the court and private entities, and considered whether this case might benefit from any of them.

      Here, the parties agree that referral to a formal ADR process will not be beneficial because this mandamus action is limited to Plaintiff's request that this Court compel Defendants to adjudicate the application for adjustment of status. Given the substance of the action and the lack of any potential middle ground, ADR will only serve to multiply the proceedings and unnecessarily tax court resources. Accordingly, pursuant to ADR L.R. 3-3(c), the parties request the case be

ADR CERTIFICATION
C 07-3676 MMC

removed from the ADR Multi-Option Program and that they be excused from participating in the ADR phone conference and any further formal ADR process.

Dated: September 23, 2007                    Respectfully submitted,

                                                      SCOTT N. SCHOOLS
                                                    United States Attorney

                                                    _____/s/_____
                                                   MELANIE L. PROCTOR[1]
                                                   Assistant United States Attorney
                                                   Attorneys for Defendants

Dated: September 21, 2007                    _____/s/_____
                                                   JUSTIN WANG
                                                   Attorney for Plaintiffs

**ORDER**

      Pursuant to stipulation, IT IS SO ORDERED.

Dated: _____, 2007                    _____
                                                   MAXINE M. CHESNEY
                                                   United States District Judge

---

[1] I, Melanie L. Proctor, hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/) within this efiled document.