1   SCOTT N. SCHOOLS (SC 9990)
    United States Attorney
2   JOANN M. SWANSON (CSBN 88143)
    Chief, Civil Division
3   MELANIE L. PROCTOR (CSBN 228971)
    Melanie.Proctor@usdoj.gov
4   Assistant United States Attorney

5       450 Golden Gate Avenue, Box 36055
        San Francisco, California 94102-3495
6       Telephone: (415) 436-6730
        FAX: (415) 436-6927
7
    Attorneys for Defendants
8
                    UNITED STATES DISTRICT COURT
9
                    NORTHERN DISTRICT OF CALIFORNIA
10
                    SAN FRANCISCO DIVISION
11
    YUZHEN OU,                        )    No. C07-3676 MMC
12                                    )
                        Plaintiff,    )
13                                    )
            v.                        )
14                                    )    STIPULATION TO VACATE CASE
    MICHAEL CHERTOFF, Secretary,      )    MANAGEMENT CONFERENCE AND
15  Department of Homeland Security;  )    SET BRIEFING SCHEDULE;
    CONDOLEEZZA RICE, Secretary,      )    [PROPOSED] ORDER
16  Department of State,              )
                                      )
17                      Defendants.   )
                                      )
18  _____ )

19  ///

20  ///

21  ///

22  ///

23  ///

24  ///

25  ///

26  ///

27  ///

28  ///

STIPULATION TO BRIEFING
C 07-3676 MMC

The Plaintiffs, by and through their attorney, and Defendants, by and through their attorneys of record, hereby stipulate, subject to approval of the Court, to the following:

1.    The parties agree that the matter at issue in this action may be resolved through cross motions for summary judgment.

2.    The parties shall file cross motions for summary judgment on the following schedule:

Last day to file motions for summary judgment:    October 26, 2007

Last day to file oppositions:    November 9, 2007

Hearing:    November 30, 2007

Dated: September 23, 2007                        _____/s/_____
                                                MELANIE L. PROCTOR[1]
                                                Assistant United States Attorney
                                                Attorney for Defendants


Dated: September 21, 2007                        _____/s/_____
                                                JUSTIN WANG
                                                Attorney for Plaintiffs


**ORDER**

Pursuant to stipulation, the October 26, 2007 Case Management Conference is VACATED. The parties shall following the briefing schedule set forth above.  IT IS SO ORDERED.


Dated: _____, 2007                    _____
                                                MAXINE M. CHESNEY
                                                United States District Judge

_____

[1]I, Melanie L. Proctor, hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/) within this efiled document.