1  SCOTT N. SCHOOLS (SC 9990)
   United States Attorney
2  JOANN M. SWANSON (CSBN 88143)
   Chief, Civil Division
3  MELANIE L. PROCTOR (CSBN 228971)
   Melanie.Proctor@usdoj.gov
4  Assistant United States Attorney

5     450 Golden Gate Avenue, Box 36055
      San Francisco, California 94102-3495
6     Telephone: (415) 436-6730
      FAX: (415) 436-6927
7
   Attorneys for Defendants
8
                 UNITED STATES DISTRICT COURT
9
               NORTHERN DISTRICT OF CALIFORNIA
10
                  SAN FRANCISCO DIVISION
11
   YUZHEN OU,                        )    No. C07-3676 MMC
12                                    )
                       Plaintiff,     )
13                                    )    ORDER DENYING
            v.                        )
14                                    )    STIPULATION TO VACATE CASE
   MICHAEL CHERTOFF, Secretary,       )    MANAGEMENT CONFERENCE AND
15 Department of Homeland Security;   )    SET BRIEFING SCHEDULE
   CONDOLEEZZA RICE, Secretary,       )
16 Department of State,               )
                                      )
17                     Defendants.    )
                                      )
18 _____

19 ///

20 ///

21 ///

22 ///

23 ///

24 ///

25 ///

26 ///

27 ///

28 ///

STIPULATION TO BRIEFING
C 07-3676 MMC

1       The Plaintiffs, by and through their attorney, and Defendants, by and through their attorneys

2   of record, hereby stipulate, subject to approval of the Court, to the following:

3       1.     The parties agree that the matter at issue in this action may be resolved through cross

4   motions for summary judgment.

5       2.     The parties shall file cross motions for summary judgment on the following schedule:

6         Last day to file motions for summary judgment:    October 26, 2007

7         Last day to file oppositions:             November 9, 2007

8         Hearing:                         November 30, 2007

9

10  Dated: September 23, 2007                                  /s/

MELANIE L. PROCTOR
Assistant United States Attorney
Attorney for Defendants

11

12

13  Dated: September 21, 2007                                  /s/

JUSTIN WANG
Attorney for Plaintiffs

14

15

16

17                              **ORDER**

18       The stipulation is hereby DENIED.

19       The parties shall file a Joint Case Management Statement no later than October 19, 2007,

20  and shall appear at the scheduled October 26, 2007 Case Management Conference.  At the Case

21  Management Conference, the Court will set a briefing schedule for any motions.

22       IT IS SO ORDERED.

23

24  Dated: September 26, 2007

25                                MAXINE M. CHESNEY
United States District Judge

26

27

28