SCOTT N. SCHOOLS (SC 9990)
United States Attorney
JOANN M. SWANSON (CSBN 88143)
Chief, Civil Division
MELANIE L. PROCTOR (CSBN 228971)
Melanie.Proctor@usdoj.gov
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-6730
    FAX: (415) 436-6927

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| YUZHEN OU, | No. C07-3676 MMC |
|     Plaintiff, | |
| v. | |
| MICHAEL CHERTOFF, Secretary, Department of Homeland Security; CONDOLEEZZA RICE, Secretary, Department of State, | JOINT CASE MANAGEMENT STATEMENT |
|     Defendants. | |

1. Jurisdiction and Service: There are no issues concerning personal jurisdiction. Plaintiffs brought this Complaint under 28 U.S.C. §§ 1331, 1361 and 2201, and under the Administrative Procedure Act. All parties have been served.

2. Facts: On March 22, 2006, U.S. Citizenship and Immigration Services ("USCIS") approved Plaintiff's two I-730 refugee asylee relative petitions on behalf of her husband and daughter. On July 17, 2007, Plaintiff filed this Complaint for a Writ in the Nature of Mandamus, alleging that Defendants improperly withheld action on the applications, and asking the Court to compel Defendants to issue travel documents.

3. Legal Issues: The principal legal issue the parties dispute is whether the Court has jurisdiction to compel agency action in this case and if so, whether a writ a mandamus should issue

1  to remedy Defendants' alleged unreasonable delay in adjudicating Plaintiff's applications.

2      4. Motions: The parties believe the issues in this case can be resolved through cross-motions
3  for summary judgment.

4      5.  Amendment of Pleadings: None.

5      6.  Evidence Preservation: None.

6      7. Disclosures: The parties agree that this Court's review will be confined to the
7  administrative record and therefore this proceeding is exempt from the initial disclosure
8  requirements under Fed. R. Civ. P. 26.

9      8. Discovery: There has been no discovery to date and the parties believe this matter can be
10 resolved without discovery.  No experts will be designated.

11     9.  Class Actions: Not applicable.

12     10.  Related Cases: None.

13     11.  Relief: Plaintiff asks the Court to direct the Defendants to issue travel documents and
14 asks for an award of attorneys' fees.  This case does not involve damages.

15     12. Settlement and ADR: The parties have filed a Joint Request to Be Exempt From Formal
16 ADR.

17     13. Consent to Magistrate Judge for All Purposes: Plaintiff does not consent to assignment
18 of this case to a United States Magistrate Judge.

19     14.  Other References: None.

20     15.  Narrowing of Issues: None.

21     16. Expedited Schedule: The parties believe this matter can be solved through the motions.

22     17. Scheduling: The parties suggest the following briefing schedule:

23 Cross Motions for Summary Judgment:           November 16, 2007

24 Last day for Defendants to oppose:            November 30, 2007

25 Last day for Plaintiff to reply:              December 7, 2007

26 The parties believe this action may be resolved on the papers, and request the Court to take the
27 matter under submission without oral argument.  Should the Court prefer oral argument, the parties
28 suggest the following date: December 21, 2007, at 9:00 a.m.

JOINT STATEMENT
C 07-3676 MMC                              2

18. Trial: The parties believe the matter can be resolved through the motions for summary judgment.

19. Disclosure of Non-party Interested Entities or Persons: None.

20. Such other matters as may facilitate the just, speedy and inexpensive disposition of this matter: None.

Dated: October 19, 2007                   Respectfully submitted,

SCOTT N. SCHOOLS
United States Attorney


                                          /s/
                                          MELANIE L. PROCTOR[1]
                                          Assistant United States Attorney
                                          Attorneys for Defendants


Dated: October 18, 2007                   /s/
                                          JUSTIN WANG
                                          Attorney for Plaintiffs

**CASE MANAGEMENT ORDER**

The Joint Case Management Statement and Proposed Order are hereby adopted by the Court as the Case Management Order for the case, and the parties are ordered to comply with this Order. The matter shall be taken under submission on the briefs.

Dated:                                    _____
                                          MAXINE M. CHESNEY
                                          United States District Judge

---

[1] I, Melanie L. Proctor, hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/) within this efiled document.