SCOTT N. SCHOOLS (SC 9990)
United States Attorney
JOANN M. SWANSON (CSBN 88143)
Chief, Civil Division
MELANIE L. PROCTOR (CSBN 228971)
Melanie.Proctor@usdoj.gov
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-6730
    FAX: (415) 436-6927

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| NARGIS NIAZ, ) | No. C07-4030 MMC |
|                Plaintiff, ) | |
| v. ) | |
| MICHAEL CHERTOFF, Secretary, ) Department of Homeland Security; ) CONDOLEEZZA RICE, Secretary, ) Department of State, ) | ADR CERTIFICATION |
|                Defendants. ) | |

      Each of the undersigned certifies that he or she has read either the handbook entitled "Dispute Resolution Procedures in the Northern District of California," or the specified portions of the ADR Unit's Internet site <www.adr.cand.uscourts.gov>, discussed the available dispute resolution options provided by the court and private entities, and considered whether this case might benefit from any of them.

      Here, the parties agree that referral to a formal ADR process will not be beneficial because this mandamus action is limited to Plaintiff's request that this Court compel Defendants to adjudicate the application for adjustment of status. Given the substance of the action and the lack of any potential middle ground, ADR will only serve to multiply the proceedings and unnecessarily tax court resources. Accordingly, pursuant to ADR L.R. 3-3(c), the parties request the case be

1  removed from the ADR Multi-Option Program and that they be excused from participating in the
2  ADR phone conference and any further formal ADR process.
3  Dated: October 26, 2007					Respectfully submitted,
4  							SCOTT N. SCHOOLS
   							United States Attorney
5
6  							_____/s/_____
   							MELANIE L. PROCTOR[1]
7  							Assistant United States Attorney
   							Attorneys for Defendants
8
9
   Dated: October 25, 2007				_____/s/_____
10 							JUSTIN WANG
   							Attorney for Plaintiffs
11
12
13 						**ORDER**
14     Pursuant to stipulation, IT IS SO ORDERED.
15
16 Dated: _____, 2007			_____
   							MAXINE M. CHESNEY
17 							United States District Judge

---

[1] I, Melanie L. Proctor, hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/) within this efiled document.

ADR CERTIFICATION
C 07-3676 MMC					2