**CIVIL MINUTES**

**Judge MAXINE M. CHESNEY**

**E-Filing**

Date: OCT 26 2007

C-07-3676-MMC

Yuzhen Ou et al     v     Michael Chertoff et al

Attorneys: Justin Wang     Melanie Proctor

Deputy Clerk: **TRACY LUCERO**     Reporter: NOT REPORTED

**PROCEEDINGS:**     **RULING:**

1. _____
2. _____
3. _____
4. _____

( ) Status Conference     ( ) P/T Conference     (✓) **Initial** Case Management Conference

**ORDERED AFTER HEARING:**

π to file motion for summary judgment by 11/16/07; Δ's opposition & X-motion due by 11/30/07; π's reply due 12/7/07.

( ) ORDER TO BE PREPARED BY:   Plntf____   Deft____   Court____

( ) Referred to Magistrate For:_____
     ( ) By Court
(✓) CASE CONTINUED TO  1/11/08 @ 9:00  for π's motion for summary judgment (if filed by 11/16/07)

Discovery Cut-Off_____     Expert Discovery Cut-Off_____

Plntf to Name Experts by_____     Deft to Name Experts by_____

P/T Conference Date_____     Trial Date_____     Set for ___ days
                    Type of Trial: ( )Jury   ( )Court
Notes: _____