SCOTT N. SCHOOLS (SC 9990)
United States Attorney
JOANN M. SWANSON (CSBN 88143)
Chief, Civil Division
MELANIE L. PROCTOR (CSBN 228971)
Melanie.Proctor@usdoj.gov
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-6730
    FAX: (415) 436-6927

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| YUZHEN OU, | No. C07-3676 MMC |
|     Plaintiff, | |
| v. | DECLARATION OF JACKIE WONG |
| MICHAEL CHERTOFF, Secretary, Department of Homeland Security; CONDOLEEZA RICE, Secretary, Department of State, | |
|     Defendants. | |

    I, Jackie Wong, Officer-in-Charge, U.S. Citizenship and Immigration Services, Guangzhou Office, declare as follows:

1.     In March 1999, I joined San Francisco Asylum Office as an asylum officer. My major duty was to conduct asylum interviews.

2.     In June 2003, I was promoted as Supervisory Asylum Officer (SAO) in San Francisco Asylum Office. My major duty was to supervise a team of asylum officer.

3.     In August 2005, I was promoted as Officer-in-Charge (OIC) for USCIS Guangzhou office. My major duty is to manage the sub-office.

4.     The USCIS Guangzhou sub-office provides limited services to the public; its jurisdiction covers these four Chinese southern provinces: Guangdong, Guangxi, Fujian, and Hainan.

WONG DECLARATION
07-3676MMC

5. The USCIS Guangzhou workload includes, but is not limited to, the following: adjudication of I-130, I-360, I-407, I-600A, I-601, I-602 and I-730 applications; answering inquiries from the general public, other government agencies, and members of the congress; and preparing travel packets for I-730 follow-to-join members.

6. The USCIS Guangzhou has limited resources to meet the challenge of the above mentioned workload. The office was staffed with an assistant officer-in-charge (AOIC) and an adjudication officer (AO) in August 2005. In June 2006, the AOIC rotated back to the United States, and that position was eliminated due to budget issues. The AO rotated back to the U.S. in July 2006, that position has not yet been filled.

7. I am the only U.S. officer in the office, along with three local clerical staff, working in USCIS Guangzhou sub-office since August 2006.

8. In fiscal year 2005, our office received 1,870 I-730 applications, and our office interviewed 2,159 I-730 applications.

9. In fiscal year 2006, our office received 12,270 I-730 applications, and our office interviewed 2,853 I-730 applications. Increase of receipt is due to the REAL ID Act which eliminated the 1,000 yearly cap for family planning asylum cases.

10. In fiscal year 2007, our office has received 5,030 I-730 applications, and our office has interviewed 3,598 I-730 applications.

11. As of today, our office has 1,750 I-730 cases pending data entry; 12,082 cases pending scheduling for interviews; 591 cases scheduled for interviews; and 1,631 cases interviewed pending State Department Security Advisory Opinion (SAO) clearance.

12. Usually applicants file I-730 to the Nebraska Service Center (NSC), the NSC adjudicates the cases, and then sends them to National Visa Center (NVC). NVC then sends the cases to Guangzhou Consulate for processing.

13. Once USCIS Guangzhou receives the cases, we will group them into families and assign a visa 92 number for each family. We then enter the family information into our data base.

14. We schedule interviews two months in advance due to limited resources. Since I am the only U.S. officer qualified to conduct I-730 interviews, and I have to work on other assignments that

might require me out of the office, our office usually does not schedule interviews more than two months in advance.

15. Sometimes our Bangkok District Office will provide people for temporary duty (TDY) to our office to assist our I-730 interviews, when we have a solid date for the TDYer's schedule, we can schedule interview more than two months in advance.

16. At this time we have a backlog of approximately 14,400 I-730 cases; the average yearly cases interviewed for the past three year is approximately 2,800. If our resources remain the same, the processing time for the backlog cases would be approximately 5 years.

17. We have received this current case at issue in September 2006; we have input the case information into our system and have assigned a case number for this family: V92-107764. At this time our office has scheduled up to case number V92-106647. That means there are 1,117 families ahead of this case at issue. The average family composition is three members. Thus, there are 1,117 times 3 = 3,351 I-730 cases ahead of this case at issue. The processing time for this case at issue would be around 1.5 years from now based on the resources we now have. This case is being handled in the normal processing flow.

I declare that the following is true and correct under penalty of perjury as defined by United States law.

Signed this 26th day of September, 2007, in Guangzhou, China.

_____
JACKIE WONG

WONG DECLARATION
07-3676MMC                                              3