1  SCOTT N. SCHOOLS (SC 9990)
   United States Attorney
2  JOANN M. SWANSON (CSBN 88143)
   Chief, Civil Division
3  MELANIE L. PROCTOR (CSBN 228971)
   Melanie.Proctor@usdoj.gov
4  Assistant United States Attorney

5      450 Golden Gate Avenue, Box 36055
       San Francisco, California 94102-3495
6      Telephone: (415) 436-6730
       FAX: (415) 436-6927
7
   Attorneys for Defendants
8
                    UNITED STATES DISTRICT COURT
9
                   NORTHERN DISTRICT OF CALIFORNIA
10
                         SAN FRANCISCO DIVISION
11
   YUZHEN OU, et al,              )   No. C07-3676 MMC
12                                )
                Plaintiffs,       )
13                                )
          v.                      )
14                                )   STIPULATION TO SUBMISSION ON
   MICHAEL CHERTOFF, Secretary,   )   THE BRIEFS OR RESCHEDULING OF
15 Department of Homeland Security;) HEARING; PROPOSED ORDER
   CONDOLEEZZA RICE, Secretary,   )
16 Department of State,           )
                                  )
17              Defendants.       )
                                  )
18
19 ///
20 ///
21 ///
22 ///
23 ///
24 ///
25 ///
26 ///
27 ///
28 ///

STIPULATION
C 07-3676 MMC

The parties' cross motions for summary judgment are scheduled to be heard on January 11, 2008. Defendants' counsel will be in Washington, D.C. on that date, and thus is unable to attend the hearing; she is similarly unavailable on January 25, 2008. The parties agree that this case is suitable for decision on the briefs. Alternatively, the parties request the hearing to be rescheduled to January 18, 2008, at 9:00 a.m..

Dated: December 3, 2007                                    Respectfully submitted,

SCOTT N. SCHOOLS
United States Attorney

_____/s/_____
MELANIE L. PROCTOR[1]
Assistant United States Attorney
Attorneys for Defendants

Dated: December 3, 2007                                    _____/s/_____
JUSTIN WANG
Attorney for Plaintiffs

**PROPOSED ORDER**

Pursuant to stipulation, the case shall be submitted on the briefs. The January 11, 2008 hearing date is hereby VACATED. IT IS SO ORDERED.

Dated: _____, 2007                              _____
MAXINE M. CHESNEY
United States District Judge

**ALTERNATIVE PROPOSED ORDER**

The January 11, 2008 hearing is hereby rescheduled to January 18, 2008, at 9:00 a.m.. IT IS SO ORDERED.

Dated: _____, 2007                              _____
MAXINE M. CHESNEY
United States District Judge

---

[1] I, Melanie L. Proctor, hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/) within this efiled document.

STIPULATION
C 07-3676 MMC                                 2