IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| YUZHEN OU, et al., | No. C-07-3676 MMC |
| Plaintiffs, | **ORDER OF REFERENCE** |
| v. | |
| MICHAEL CHERTOFF, et al., | |
| Defendants | |

It is HEREBY ORDERED that plaintiffs' Motion for Summary Judgment and defendants' Cross-Motion for Summary Judgment are referred to the Honorable Wm. Fremming Nielsen, Senior Judge, United States District Court for the Eastern District of Washington, sitting by designation in the Northern District of California, to be heard and considered at the convenience of his calendar.

Counsel will be advised of the date, time and place of the hearing on said motions by notice from Judge Nielsen's chambers. The January 18, 2008 hearing before the undersigned is vacated.

**IT IS SO ORDERED.**

Dated: January 15, 2008

_____
MAXINE M. CHESNEY
United States District Judge