UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| YUZHEN OU, <br><br> Plaintiff, <br><br> -vs- <br><br> CHERTOFF, et al, <br><br> Defendants. | NO.  C-07-3676 MMC <br><br> ORDER |

A telephonic conference call was held on January 16, 2008. Justin Wang participated on behalf of the Plaintiff; Melanie Proctor participated on behalf of the Defendant. The Court explained that the Plaintiff's Motion for Summary Judgment (Ct. Rec. 13) and Defendants' cross Motion for Summary Judgment (Ct. Rec. 14) have been referred to the undersigned for disposition. The parties indicated that they had no objection to proceeding without oral argument. The Court will contact the parties if it appears a decision can be made on the papers but will set a hearing in the meantime. Accordingly,

**IT IS ORDERED** that Plaintiff's Motion for Summary Judgment (Ct. Rec. 13) and Defendants' cross Motion for Summary Judgment (Ct. Rec. 14) shall be noted for telephonic hearing on **Tuesday,  February 19, 2008 at 10:30 a.m.** The parties shall call 509-458-6381 to participate in the hearing. Argument shall be limited to one hour.

The Clerk of Court is directed to file this Order and provide copies to counsel.

**DATED** this 16th day of January, 2008.

01-16

       s/ Wm. Fremming Nielsen
WM. FREMMING NIELSEN
SENIOR UNITED STATES DISTRICT JUDGE

ORDER