UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| YUZHEN OU,<br><br>            Plaintiff,<br><br>  -vs-<br><br>CHERTOFF, et al,<br><br>            Defendants. | NO.   C-07-3676 MMC<br><br>ORDER STRIKING<br>ORAL ARGUMENT |

A telephonic conference call was held on January 16, 2008. Justin Wang participated on behalf of the Plaintiff and Melanie Proctor participated on behalf of the Defendant. Following the hearing the Court entered an Order setting a hearing for February 19, 2008 on Plaintiff's Motion for Summary Judgment (Ct. Rec. 13) and Defendants' cross Motion for Summary Judgment (Ct. Rec. 14). Having reviewed the parties' filings, the Court determines that oral argument is not required. Accordingly,

**IT IS ORDERED** that oral argument on Plaintiff's Motion for Summary Judgment, **Ct. Rec. 13**, and Defendants' cross Motion for Summary Judgment, **Ct. Rec. 14**, is **STRICKEN**. The hearing shall be **RENOTED for hearing <u>without</u> oral argument on Tuesday, February 19, 2008**.

The Clerk of Court is directed to file this Order and provide copies to counsel.

**DATED** this 5th day of February, 2008.

                                                          s/ Wm. Fremming Nielsen
                                                      WM. FREMMING NIELSEN
02-05                                       SENIOR UNITED STATES DISTRICT JUDGE

ORDER STRIKING
ORAL ARGUMENT