1

2

3

4

5

6

7

8                          IN THE UNITED STATES DISTRICT COURT

9                      FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11   YUZHEN OU, et al.,                          No. C-07-3676 MMC

12              Plaintiffs,                       **ORDER WITHDRAWING REFERENCE;**
         v.                                       **SETTING HEARING**
13
     MICHAEL CHERTOFF, et al.,
14
                Defendants
15   _____/

16

17          By order filed January 15, 2008, plaintiffs' Motion for Summary Judgment and

18   defendants' Cross-Motion for Summary Judgment were referred to the Honorable Wm.

19   Fremming Nielsen, Senior Judge, United States District Court for the Eastern District of

20   Washington, sitting by designation in the Northern District of California.  In light of a recent

21   change in the Court's trial schedule, the reference is hereby WITHDRAWN.

22          The motions are hereby set for hearing before the undersigned on February 29,

23   2008, at 9:00 a.m.

24          **IT IS SO ORDERED.**

25

26   Dated:  February 7, 2008

27                                               MAXINE M. CHESNEY
                                                 United States District Judge
28

*United States District Court*
*For the Northern District of California*