**CIVIL MINUTES**

**E-Filing**

**Judge MAXINE M. CHESNEY**

Date: FEB 29 2008

C-07-3676-MMC

Yuzhen Ou et al   v   Michael Chertoff et al

Attorneys: Justin Wang   Melanie Proctor

Deputy Clerk: **TRACY LUCERO**   Reporter: Kathy Wyatt

**PROCEEDINGS:**   **RULING:**

1. Pltf's motion for Summary Judgment — DEEMED SUBMITTED
2. Defts' X-motion for Summary Judgment — DEEMED SUBMITTED
3. _____
4. _____

( ) Status Conference   ( ) P/T Conference   ( ) Case Management Conference

**ORDERED AFTER HEARING:**

3/10/08 - Deadline for parties to file status report.

( ) ORDER TO BE PREPARED BY:   Plntf____ Deft____ Court____

( ) Referred to Magistrate For:____
    ( )By Court
( ) CASE CONTINUED TO ____ for ____

Discovery Cut-Off____   Expert Discovery Cut-Off____

Plntf to Name Experts by ____   Deft to Name Experts by ____

P/T Conference Date____   Trial Date____   Set for ____ days
Type of Trial: ( )Jury   ( )Court
Notes: ____

(45 min)