JOSEPH P. RUSSONIELLO (CSBN 44332)
United States Attorney
JOANN M. SWANSON (CSBN 88143)
Chief, Civil Division
MELANIE L. PROCTOR (CSBN 228971)
Melanie.Proctor@usdoj.gov
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-6730
    FAX: (415) 436-7169

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| YUZHEN OU, ) | No. C07-3676 MMC |
| ) | |
|     Plaintiff, ) | |
| ) | |
|   v. ) | |
| ) | STATUS REPORT |
| MICHAEL CHERTOFF, Secretary, ) | |
| Department of Homeland Security; ) | |
| CONDOLEEZZA RICE, Secretary, ) | |
| Department of State, ) | |
| ) | |
|     Defendants. ) | |

    Defendants respectfully report that they will not reach an out-of court settlement in the above-entitled action.[1]

Dated: March 10, 2008                            Respectfully submitted,

                                                        JOSEPH P. RUSSONIELLO
                                                        United States Attorney

                                                          /s/
                                                       MELANIE L. PROCTOR
                                                       Assistant United States Attorney
                                                       Attorneys for Defendants

---

[1] Defendants file separately from Plaintiffs because counsel for both parties were unable to agree on the appropriate substance of the status report.

STATUS REPORT
C 07-3676 MMC