JUSTIN X. WANG (CSB #166183)
PEGGY A. SHIH (CSB#197545)
**BAUGHMAN & WANG**
111 Pine Street, Suite 1350
San Francisco, California 94111
Telephone: (415) 576-9923
Facsimile: (415) 576-9929

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| Yuzhen OU; Shiwang YANG; Huimin YANG, <br><br> Plaintiffs, <br><br> vs. <br><br> MICHAEL CHERTOFF, Secretary of the Department of Homeland Security; CONDOLEEZZA RICE, Secretary, Department of State, <br><br> Defendants. | Case No.: C 07-3676 MMC <br><br> **PLAINTIFFS' STATUS REPORT** <br><br> District Judge: Honorable Maxine M. Chesney |

Plaintiffs' motion for summary judgment and Defendants' cross motion for summary judgment were heard on February 28, 2008. This court orders the parties to submit joint status report by March 10, 2008.

Plaintiffs' counsel was informed from Defendants' counsel, by email, that the government has determined that there was no impropriety in the delay of transfer of file from CIS Service Center to CIS overseas post in Guangzhou, and it would not, therefore, expedite the processing of plaintiffs' I-730 application. Defendants, however, have not provided any reason for the delay.

      Parties have not been able to reach a settlement of this matter. Plaintiff respectfully request this court to render a decision on the merits of their motion for summary judgment.

Dated: March 10, 2008

Respectfully submitted,

_____/s/_____
Justin X. Wang, Esq.
Attorney for Plaintiffs