**UNITED STATES DISTRICT COURT**
**Northern District of California**
**450 Golden Gate Avenue**
**San Francisco, California 94102**

www.cand.uscourts.gov

| | | |
|---|---|---|
| Richard W. Wieking<br>Clerk | | General Court Number<br>415.522.2000 |

March 13, 2008

District Clerk
Nancy Mayer Whittington
1225 E. Barrett Prettyman
United States Courthouse
333 Constitution Avenue, N.W.
Washington, DC 20001

RE: CV 07-03676 MMC   YUZHEN OU-v-MICHAEL CHERTOFF

Dear Clerk,

    Pursuant to an order transferring the above captioned case to your court, transmitted herewith are:

       ☒    Certified copy of docket entries.

       ☒    Certified copy of Transferral Order.

       ☒    Original case file documents.

       ☒    Please access the electronic case file for additional pleadings you may need.  See the attached instructions for details.

    Please acknowledge receipt of the above documents on the attached copy of this letter.

                Sincerely,
                RICHARD W. WIEKING, Clerk

                by: <u>Alfred Amistoso</u>
                Case Systems Administrator

Enclosures
Copies to counsel of record